# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0628

VERSUS

KEITH TROSCLAIR

**AUGUST 2, 2022**

---

In Re:    Keith Trosclair, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 573,126.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.** This application appears to be a motion for discovery and a "motion for an acquittal" filed in this court in the first instance. As there is no indication the motions were first filed and ruled/acted on in the district court, this writ application presents nothing for this court to review.

                          JMM
                          MRT
                          WRC

COURT OF APPEAL, FIRST CIRCUIT

*a.Sv*

---
DEPUTY CLERK OF COURT
    FOR THE COURT